# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**N.M., a Minor, and**
**C.F., as Parent and**
**Guardian of N.M.**

      **Plaintiffs,**

  **v.**                                    **3:15-CV-01585**
                                          **(JUDGE MARIANI)**

**WYOMING VALLEY WEST**
**SCHOOL DISTRICT**

      **Defendants.**

## ORDER

**AND NOW, THIS** \_\_\_11th\_\_\_ **DAY OF MAY 2016**, upon consideration of Defendant Wyoming Valley West School District's Motion to Dismiss Plaintiff's Complaint for failure to state a claim, (Doc. 6), all accompanying briefs, and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** the Defendant's motion is **GRANTED IN PART AND DENIED IN PART**; to wit:

1. Defendant's motion to dismiss Plaintiff's appeal from the August 3, 2015 decision of the administrative hearing officer, Counts II, III, and IV, is **DENIED**.

2. Defendant's motion to dismiss Count I alleging a claim under Section 504 of the Rehabilitation Act is **DENIED**.

3. Defendant's motion to dismiss Count V alleging a claim under the American With Disabilities Act is **DENIED**.

4. Defendant's motion to dismiss Counts VI and VII is **GRANTED**. Plaintiff's Section 1983 claims are **DISMISSED WITHOUT PREJUDICE.**

5. Defendant's motion to dismiss Count VIII is **DENIED.**

6. Plaintiffs request for an order permitting it to supplement the administrative record is **GRANTED**.

7. **IT IS HEREBY ORDERED THAT 14 days from the date of this Order** Plaintiff shall submit to the Court the certified administrative record.

8. Plaintiff is **HEREBY GRANTED 14 days from the date of this Order** to file an Amended Complaint as to Counts VI and VII.

9. The Court **HEREBY DIRECTS** the participate in a telephone conference to discuss case management and all outstanding issues on **Tuesday May 17, 2016 at 11:00AM**. It shall be the responsibility of Plaintiff to arrange the call to Chambers at (570) 207-5750 and all parties shall be prepared to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge